## FOURTH DEPARTMENT, NOVEMBER TERM, 1886.

The People of the State of New York, Respondents, v. John E. O'Sullivan, Appellant. — Judgment and order reversed and new trial granted. Opinion by Boardman, J.

Melissa Surdam and others, Respondents, v. Daniel Cornell and another, Appellants, Impleaded, etc. — Judgment reversed and the complaint dismissed, with costs against the plaintiff, in favor of the appellants. Opinion by Boardman, J.; Follett, J., not voting.

Justus A. Cole, Respondent, v. Tunis Van Slyke and others, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs; Hardin, P. J., not voting.

James S. Kerr, as Assignee, Appellant, v. William Adair, Jr., Respondent. Order affirmed, with ten dollars costs and disbursements, upon authority of Babbitt v. Compton (1 N. Y., Civil Pro. R., 169).

Francis Morris, Appellant, v. Addison P. Jones and others, Respondents. — Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Hardin, P. J.

Elisha G. Gay, Appellant, v. Austin Lathrop, Respondent. — Order affirmed, with costs, upon opinion by Justice Martin at Special Term.

Herman Mosher, Plaintiff, v. George Bennett and others, Defendants. — New trial ordered, with costs to abide event. Opinion by Hardin P. J.

Asenath Hoyt, Respondent, v. Harriet Putnam and others, Appellants, Impleaded, etc.— Judgment reversed and new trial ordered, with costs of appeal to be paid by the plaintiff to appellants. Opinion by Boardman, J.

Polly Terwilliger, Appellant, v. Judson Martin and others, Respondents.—Judgment affirmed, with costs. Opinion by Hardin, P. J.

John H. Watrous, Respondent, v. John F. Shear, as Commissioner of Highways of the Town of Kirkwood, Appellant. — Judgment of the County Court of Broome county affirming a justice's judgment affirmed, with costs. Opinion by Follett, J.

The Ithaca Agricultural Works, Appellant, v. Judah Eggleston and another, Respondents. — Appeal dismissed, without costs to either party. (Followed 25 Hun, 237.)

Jewett H. Brown and others, Appellants, v. Carl Gschihay, Respondent. — Order affirmed, with ten dollars costs and disbursements, on opinion of Merwin, J., delivered at Special Term.

Daniel H. Zimmer, Appellant, v. David Settle and others, Respondents. — Order affirmed, with costs, on opinion of Learned, P. J., delivered in General Term, Third Department, May, 1884.

Moses Merick and another, Appellants, v. Edward Kirk, Respondent. — Judgment affirmed, with costs. Opinion by Boardman, J.

The People of the State of New York, Respondent, v. William B. Johnson, Appellant. — Conviction and judgment affirmed. Dissenting opinion by Follett, J.

David Gray, Respondent, v. David C. Wolcott, Appellant, Impleaded, etc. — Order of the County Court of Oneida county affirmed, with ten dollars costs and disbursements against David C. Wolcott, Appellant. Opinion by Boardman, J.

Mary Wall, as Administratrix, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide event. Opinions by Hardin, P. J., Boardman, J., and Follett, J.

George B. Scoville, as Receiver, etc., Appellant, v. Bronson A. Shed and others, Respondents. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Harley J. Peet, Respondent, v. Eri Kent, Appellant. — Judgment reversed and a new trial ordered, with costs to abide the event, unless the plaintiff shall stipulate to deduct from the judgment thirty-seven dollars and sixty-five cents as stated in the opinion, in which case the judgment so modified is affirmed, without costs of the appeal to either party. Opinion by Boardman, J.

Mary E. Wright, Respondent, v. Isaac Frankel, Appellant. — Judgment of the County Court of Onondaga county affirmed, with costs. Opinion by Follett, J.

Joseph E. West, as Administrator, etc., Respondent, v. George A. Reynolds and others, Appellants. — Judgment and order affirmed, with costs, and leave given to defendants to withdraw the demurrer and answer in twenty days, upon payment of costs of demurrer and of this appeal. Opinion by Hardin, P. J.

Jacob Kent, Respondent, v. Jacob Crouse, Appellant. — Interlocutory judgment affirmed, with costs of appeal on opinion of Merwin, J., at Special Term, and leave given to answer in twenty days, upon payment of costs of the demurrer and of the appeal.

Alfred Akerley, Respondent, v. Allen Lasher, Appellant, Impleaded, etc. — Judgment of the County Court of Delaware county affirmed, with costs. Opinion by Follett, J.

Harriet S. Beach, v. John C. Knox. — Motion denied, without costs.

Charles Renton v. William Austin. — Judgment affirmed, with costs.

Lyman M. Sherwood, Executor, etc., Appellant, v. Israel D. Armsby, Respondent. — Motion denied, without costs.

Orlando J. Childs and another, Respondent, v. Harris Manufacturing Company, Appellant. — Order affirmed, with ten dollars costs and disbursements.

In the Matter of Albert Van Horne, an Habitual Drunkard.—Order affirmed, with ten dollars costs and disbursements against the appellant.

Albert Holt and another, Respondents, v. Samuel R. Kopelowich and others, Appellants.—Order affirmed, with ten dollars costs and disbursements.

Peter Whitaker, Respondent, v. The Press Publishing Company, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Charles S. Bitter, Respondent, v. The Onondaga County Savings Bank, Appellant.—Declined to hear, and leave given to either party to have the case and exceptions resettled before Mr. Justice Vann, upon eight days' notice.

Lyman M. Sherwood, as Executor, etc., Appellant, v. Israel D. Armsby, Respondent —Order affirmed, with ten dollars costs and disbursements.

Patrick Quinlan and the City of Syracuse v. Elnathan Sweet and De Forest D. Candee.— Motion for preliminary injunction granted, plaintiffs required to give an undertaking in the sum of $1,000.